Willa PIERCE, Appellant/Plaintiff,

v.

MISSOURI VETERANS' HOME, Respondent/Defendant.

No. ED 82736.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 13, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 22, 2004.

Application for Transfer Denied April 27, 2004.

Richard R. Veit, St. Charles, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea K. Spillars, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Willa Pierce ("Widow") appeals the entry of summary judgment in her wrongful death action on the ground that it is barred by sovereign immunity. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).